UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Sporting Supplies
International, Inc.</u>

    v.                              Case No. 12-mc-17-LM
                                     CDCA Case No. SAVC10-1338 AG (RNBx)

<u>Tulammo USA, Inc.</u>

<u>O R D E R</u>

    Plaintiff's Ex Parte Motion for Order to Show Cause (doc. no. 1) is granted as follows.

    IT IS ORDERED that Keith Cox appear before the Honorable Judge Steven J. McAuliffe, United States District Court for the District of New Hampshire, in Courtroom 5, located on the third floor, in the Warren B. Rudman Courthouse, 55 Pleasant Street, Concord, New Hampshire, at 9:00 a.m. on Friday, May 4, 2012, to show cause why he should not be held in contempt for failure to comply with the deposition subpoena served upon him on March 22, 2012.

    Keith Cox is placed on notice that if he fails to appear as herein ordered, the Court will issue orders of contempt in his absence, which may include the issuance of a warrant for his arrest.

    IT IS FURTHER ORDERED that the Shaheen & Gordon law firm shall assure Mr. Cox is served in hand with a copy of this

order, along with the ex parte motion and supporting documents, on or before April 30, 2012, and shall file an affidavit of service confirming the same prior to the show cause hearing date.

Should the Shaheen & Gordon law firm inform the clerk's office that Mr. Cox has made suitable arrangements to appear for deposition prior to May 4, 2012, the show cause hearing will be cancelled.

Petitioner's request for attorney's fees shall be held in abeyance pending the resolution of this matter, at which time the petitioner may again request the recovery of attorney's fees, with supporting documentation, if appropriate.

SO ORDERED.


Date:  April 25, 2012
/s/ Daniel J. Lynch
Daniel J. Lynch
United States Magistrate Judge


cc:   Dustin M. Lee, Esq.

2